No. 88–7188. TOWNSEND v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 88–1546. PACIFIC MUTUAL LIFE INSURANCE CO. ET AL. v. TURNBOW. Sup. Ct. Nev. Motions of UNUM Life Insurance Co., Association of California Life Insurance Cos., and Merchants and Manufacturers Association for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 88–1628. MILKEN ET AL. v. SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Motions of Class Action Plaintiffs in Boesky Litigation et al. and Arden Way Associates et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 88–1651. REDMAN v. CLARK. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 88–6723. NIXON v. MISSISSIPPI. Sup. Ct. Miss.; and
No. 88–6791. GENTRY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 88–750. GEORGE v. MICHIGAN DEPARTMENT OF NATURAL RESOURCES ET AL., 488 U. S. 1008;
No. 88–1491. RHINEHART ET AL. v. SEATTLE TIMES ET AL., *ante*, p. 1015;
No. 88–6418. VAN LEEUWEN ET VIR v. MCCORKINDALE ET AL., *ante*, p. 1023;
No. 88–6572. ABNER v. ESCAMBIA COUNTY SCHOOL DISTRICT, PENSACOLA, FLORIDA, *ante*, p. 1024;
No. 88–6619. RIGHTER v. UNITED STATES STOVE CO. ET AL., *ante*, p. 1025;

No. 88–6664.   JARVI v. SECRETARY OF HEALTH AND HUMAN SERVICES, *ante*, p. 1025;

No. 88–6669.   SELLNER v. HUDNALL ET AL., *ante*, p. 1025; and

No. 88–6763.   IN RE WALKER, *ante*, p. 1018.   Petitions for rehearing denied.

No. 84–5350.   MAXWELL v. PENNSYLVANIA, 469 U. S. 971;

No. 88–6172.   RAGHEB v. BLUE CROSS & BLUE SHIELD OF MICHIGAN, 489 U. S. 1027; and

No. 88–6427.   HARGROVE v. UNITED STATES, 489 U. S. 1070. Motions for leave to file petitions for rehearing denied.

JUNE 12, 1989

No. 87–1382.   COMMISSIONER OF INTERNAL REVENUE v. STAPLES ET VIR.   C. A. 8th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hernandez* v. *Commissioner*, *ante*, p. 680.   JUSTICE BRENNAN and JUSTICE KENNEDY took no part in the consideration or decision of this case.

No. 87–1954.   CONSOLIDATED CITY OF JACKSONVILLE, DUVAL COUNTY, FLORIDA v. NASH.   C. A. 11th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Wards Cove Packing Co.* v. *Atonio, ante*, p. 642.

No. 88–102.   COMMISSIONER OF INTERNAL REVENUE v. FOLEY ET UX.   C. A. 2d Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hernandez* v. *Commissioner, ante*, p. 680.   JUSTICE BRENNAN and JUSTICE KENNEDY took no part in the consideration or decision of this case.

No. 88–141.   USX CORP., FKA UNITED STATES STEEL CORP. v. GREEN ET AL.   C. A. 3d Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Wards Cove Packing Co.* v. *Atonio, ante*, p. 642.

No. 88–1742.   ADAMS ET AL. v. AVCO CORP. ET AL.   C. A. 6th Cir.   Certiorari granted, judgment vacated, and case remanded